1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada

3  BLAINE T. WELSH
   Assistant United States Attorney
4  Nevada State Bar No. 4790
   333 Las Vegas Boulevard South, Suite 5000
5  Las Vegas, Nevada 89101
   Telephone: 702-388-6336
6  Facsimile: 702-388-6787
   Email: blaine.welsh@usdoj.gov
7
   *Attorneys for the United States.*
8

9              **UNITED STATES DISTRICT COURT**

10                 **DISTRICT OF NEVADA**

11 RAFAEL MENESES,                    )
                                      )
12          Plaintiff,                )   Case No. 2:13-cv-01402-GMN-GWF
                                      )
13     v.                             )
                                      )
14 CAROLYN W. COLVIN,                 )
   Acting Commissioner of Social Security,  )
15                                    )
            Defendant.                )
16

17 **MOTION TO ADMIT GOVERNMENT ATTORNEY TO PRACTICE IN THE DISTRICT OF
   NEVADA FOR DURATION OF ATTORNEY'S GOVERNMENT EMPLOYMENT**
18

19      Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable

20 Court admit Government attorney April A. Alongi to practice in the District of Nevada for the above-

21 captioned case and in all matters in this district during the period of employment by the United States.

22 Rule IA 10-3 provides:

23      Unless otherwise ordered by the Court, any nonresident attorney who is a member in
        good standing of the highest court of any state, commonwealth, territory, or the District
24      of Columbia, who is employed by the United States as an attorney and, while being so
        employed, has occasion to appear in this Court on behalf of the United States, shall, upon
25      motion of the United States Attorney or the Federal Public Defender for this district or
        one of the assistants, be permitted to practice before this court during the period of such
26      employment.

                                      1

1    April A. Alongi is an attorney with the Social Security Administration, an agency of the federal

2  government, is not a resident of Nevada, and is a member in good standing of the Virginia State Bar,

3  No. 76459.

4    The following contact information is provided to the Court:

5        April A. Alongi
         Social Security Administration
6        160 Spear Street, Suite 800
         San Francisco, California 94105-1545
7        Phone:  415-977-8954
         Fax:  415-744-0134
8        april.alongi@ssa.gov

9    Accordingly, the United States respectfully requests that the Court admit April A. Alongi to

10  practice in the District of Nevada for the duration of employment by the United States.

11    Respectfully submitted this 24th day of February 2014.

12                                              DANIEL G. BOGDEN
                                                United States Attorney
13
                                                */s/ Blaine T. Welsh*
14                                              BLAINE T. WELSH
                                                Assistant United States Attorney
15

16

17                                              **IT IS SO ORDERED.**

18

19                                              _____

20                                              Gloria M. Navarro, Chief Judge
                                                United States District Court
21

22                                              **DATED:  02/24/14**

23

24

25

26

2