UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Rafael Meneses, ) | |
| ) | |
| Plaintiff, ) | Case No.: 2:13-cv-1402-GMN-GWF |
| vs. ) | |
| ) | **ORDER** |
| Carolyn W. Colvin, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Pending before the Court is the Report and Recommendation of United States Magistrate Judge George W. Foley, (ECF No. 27), which states that Plaintiff Rafael Meneses' Motion for Reversal and Remand, (ECF No. 18), should be denied and Defendant Carolyn Colvin's Motion to Affirm, (ECF No. 21), should be granted.

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2.  Upon the filing of such objections, the Court must make a de novo determination of those portions to which objections are made. *Id.*  The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. IB 3-2(b).  Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985).  Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so has passed.

1  Accordingly,

2  **IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 27), is
3  **ADOPTED** in full.

4  **IT IS FURTHER ORDERED** that the Motion for Reversal and Remand, (ECF No.
5  18), is **DENIED**.

6  **IT IS FURTHER ORDERED** that the Motion to Affirm, (ECF No. 21), is
7  **GRANTED**.  The Clerk shall enter judgment accordingly and close the case.

8  **DATED** this 7th day of October, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court